# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

March 29, 2016

**RE:** Apple Inc. v. Samsung Electronics Co., Ltd.

**Appeal No.** 15-1171

**NOTICE OF REJECTION**

The petition for EN BANC REHEARING and for PANEL REHEARING filed by Apple Inc. does not comply with the Rules of Practice. The clerk has been instructed by the court not to lodge any paper not in compliance with the Rules. The petition is rejected for filing for the following reason(s):

- The petition includes an unauthorized addendum (Fed. Cir. R. 35)

A corrected petition may be filed within 14 calendar days from the date of this notice. If a corrected petition is not received within this time period, the corrected petition must be accompanied by a motion for leave to file.

FOR THE COURT

/s/ Daniel O'Toole

Daniel O'Toole
Clerk of Court