**Nos. 2015-1171, -1195, -1994**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

APPLE INC., a California corporation,

*Plaintiff-Cross-Appellant*,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

*Defendants-Appellants.*

Appeals from the United States District Court for the Northern District of California in Case No. 12-cv-00630, Judge Lucy H. Koh.

**PLAINTIFF-CROSS APPELLANT APPLE INC.'S UNOPPOSED MOTION TO SUPPLEMENT THE RECORD ON APPEAL**

| | |
|---|---|
| MARK D. SELWYN | WILLIAM F. LEE |
| WILMER CUTLER PICKERING | RICHARD W. O'NEILL |
|   HALE AND DORR LLP | MARK C. FLEMING |
| 950 Page Mill Road | LAUREN B. FLETCHER |
| Palo Alto, CA  94304 | WILMER CUTLER PICKERING |
| (650) 858-6000 |   HALE AND DORR LLP |
| | 60 State Street |
| RACHEL KREVANS | Boston, MA  02109 |
| ERIK J. OLSON | (617) 526-6000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, CA  94105 | |
| (415) 268-7000 | |
| | *Counsel for Plaintiff/Cross-* |
| March 30, 2016 | *Appellant Apple Inc.* |

# CERTIFICATE OF INTEREST

Counsel for Plaintiff/Cross-Appellant Apple Inc. certifies the following:

1. The full name of every party or amicus represented by us is:

Apple Inc.

2. The names of the real party in interest represented by us is:

Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

WILMER CUTLER PICKERING HALE AND DORR LLP: Thomas E. Anderson, Rebecca Bact, Heath A. Brooks, Dana O. Burwell, Anna Bonny Chauvet, Andrew J. Danford, Ronald R. Demsher (former), Mark C. Fleming, Lauren B. Fletcher, Adele R. Frankel, Sarah R. Frazier, Liv L. Herriot, Peter J. Kolovos, Gregory H. Lantier, Anna Tin-Yee Lee (former), William F. Lee, Andrew L. Liao, Cosmin Maier, Joseph J. Mueller, Richard W. O'Neill, John P. Pettit, Kevin S. Prussia, James L. Quarles, III, Katie M. Saxton, Mark D. Selwyn, Peter J. Shen (former), Michael J. Silhasek, Victor F. Souto, Thomas Sprankling, Timothy D. Syrett, Nina S. Tallon, Timothy A. Tatarka, Olga L. Tobin, S. Calvin Walden, David C. Yang, Kathryn D. Zalewski

GIBSON, DUNN & CRUTCHER LLP: Jordan H. Bekier, Brian M. Buroker, Frederick S. Chung, Emily L. Fedman (former), Megan K. Fluckiger (former), Joshua R. Furman (former), Holly A. Jones, Stephanie J. Kim, Steven S. Kim (former), Josh A. Krevitt, Jeffrey G. Lau, Jason C. Lo, Quincy Lu, H. Mark Lyon, Shannon E. Mader, Timothy W. Malone (former), Casey J. McCracken, Azar Mouzari, Mark Nolan Reiter, Jennifer J. Rho, Sarah J. Sladic (former), Rodney J. Stone, Daniel J. Thomasch, Paul

E. Torchia, Michael A. Valek, Robert Vincent, Samuel K. Whitt (former), Minae Yu

<u>Morrison & Foerster LLP</u>:  James P. Bennett, Ruth N. Borenstein, Brittany N. DePuy (former), Efrain Staino Flores, Richard S.J. Hung, Michael A. Jacobs, Esther Kim, Matthew I. Kreeger, Rachel Krevans, Kenneth A. Kuwayti, Scott F. Llewellyn, Jack W. Londen, Harold J. McElhinny, Erik J. Olson, Mary Prendergast, Christopher L. Robinson, Nathaniel B. Sabri, Nicole M. Smith, Christopher J. Wiener

<u>Cooley, Godward, Kronish LLP</u>:  Benjamin George Damstedt

<u>Skiermont Puckett LLP</u>:  Sarah Elizabeth Spires

Dated:  March 30, 2016    */s/ William F. Lee*
                          William F. Lee
                          Wilmer Cutler Pickering
                             Hale and Dorr llp
                          60 State Street
                          Boston, MA 02109
                          (617) 526-6000

At the suggestion of the clerk's office, Plaintiff-Cross Appellant Apple Inc. moves to supplement the record on appeal to include the following materials:

- Encyclopedia of Computer Science, pp. 215-218, 1620-1624 (4th ed. 2000) (attached as Exhibit A);

- Stephen L. Montgomery, Object-Oriented Information Engineering: Analysis, Design, and Implementation, pp. 264-271 (1994) (attached as Exhibit B);

- United States Patent No. 5,546,583 (attached as Exhibit C); and

- Dictionary of Computing, p. 391 (4th ed. 1996) (attached as Exhibit D).

In ruling on a substantial evidence issue, the panel relied upon these materials in its February 26, 2016 decision (*see* ECF 86-2 at 8-11 & n.5), but they were not part of the record before the district court or on appeal. Apple attempted to submit these materials as an addendum to its combined petition for panel rehearing and rehearing en banc. *See* ECF 88. However, Apple's petition was rejected for including these same non-record materials that the panel relied upon. *See* ECF 90. The clerk's office suggested that Apple file a motion to supplement the record to make these materials part of the record. Accordingly, Apple now moves to supplement the record on appeal to include these materials so that the en

banc court may consider Apple's petition in light of the non-record materials relied upon in the panel's decision.

Counsel for Appellants have informed counsel for Apple that Appellants do not oppose this motion and will not file a response.

Accordingly, Apple respectfully requests that its motion be granted. A proposed order is included herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ *William F. Lee* |
| MARK D. SELWYN | WILLIAM F. LEE |
| WILMER CUTLER PICKERING HALE AND DORR LLP | RICHARD W. O'NEILL |
| 950 Page Mill Road | MARK C. FLEMING |
| Palo Alto, CA 94304 | LAUREN B. FLETCHER |
| (650) 858-6000 | WILMER CUTLER PICKERING HALE AND DORR LLP |
|  | 60 State Street |
| RACHEL KREVANS | Boston, MA 02109 |
| ERIK J. OLSON | (617) 526-6000 |
| MORRISON & FOERSTER LLP |  |
| 425 Market Street | *Counsel for Plaintiff/Cross-Appellant Apple Inc.* |
| San Francisco, CA 94105 |  |
| (415) 268-7000 |  |

March 30, 2016

**Nos. 2015-1171, -1195, -1994**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

APPLE INC., a California corporation,

*Plaintiff-Cross Appellant*,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

*Defendants-Appellants*.

Appeals from the United States District Court for the Northern District of California in Case No. 12-cv-00630, Judge Lucy H. Koh.

**ORDER**

Upon consideration of Plaintiff-Cross Appellant Apple Inc.'s Unopposed Motion To Supplement The Record On Appeal, IT IS HEREBY ORDERED THAT:

The motion is granted.

Dated:_____, 2016          _____

# CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of March, 2016, I filed the foregoing Plaintiff-Cross Appellant Apple Inc.'s Motion To Supplement The Record On Appeal with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

                                                         */s/ William F. Lee*
                                                         WILLIAM F. LEE
                                                         WILMER CUTLER PICKERING
                                                            HALE AND DORR LLP
                                                         60 State Street
                                                         Boston, MA  02109
                                                         (617) 526-6000

March 30, 2016